# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 19, 2016

Robert P. Young, Jr.,
Chief Justice

150298(74)

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

_____

*In re* Contempt of KELLY MICHELLE DORSEY.
_____

PEOPLE OF THE STATE OF MICHIGAN,
　　　　　Petitioner-Appellee,

v

TYLER MICHAEL DORSEY,
　　　　　Respondent,
and

KELLY MICHELLE DORSEY,
　　　　　Appellant.
_____/

SC:  150298
COA:  309269
Livingston CC Family Division:
　 08-012596-DL

　　　On order of the Chief Justice, the second motion of petitioner-appellee to extend the time for filing its brief is GRANTED.  The brief will be accepted as timely filed if submitted on or before August 24, 2016.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 19, 2016



Clerk